UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Hosea Lemont Arrington**                               Docket No. 5:16-CR-283-1BO

## Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Hosea Lemont Arrington, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 20, 2017, to the custody of the Bureau of Prisons for a term of TIME SERVED. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Hosea Lemont Arrington was released from custody on December 20, 2017, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

During a recent home visit, the defendant reported that he has been under a lot of stress since his mother passed away, and requested assistance in obtaining counseling to address coping issues related to the death and the temptation to revert back to his "old ways" of handling stress. Based on this request, the addition of a drug aftercare condition and a mental health condition is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing
                                              is true and correct.

/s/ Michael C. Brittain                       /s/ Timothy L. Gupton
Michael C. Brittain                           Timothy L. Gupton
Supervising U.S. Probation Officer            U.S. Probation Officer
                                              310 New Bern Avenue, Room 610
                                              Raleigh, NC 27601-1441
                                              Phone: 919-861-8686
                                              Executed On: April 16, 2018

Hosea Lemont Arrington
Docket No. 5:16-CR-283-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __17__ day of __April__, 2018, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge